1 | DANIEL S. TRUAX (SBN: 157276)
MELISSA BOCANEGRA (SBN: 318282)
2 | NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
3 | Post Office Box 20
Stockton, CA 95201-3020
4 | Telephone: (209) 948-8200
Facsimile: (209) 948-4910

Attorneys for Plaintiff,
MESHAN RACHAL

MARY E. BACON (SBN: 283369)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3411
Facsimile: (702) 408-3401

Attorneys for Defendant,
CREDIT ADJUSTMENTS, INC.
*(Continues on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MESHAN RACHAL, | Case No.: 1-20-CV-01168-DAD-BAM |
| Plaintiff, | **ORDER REGARDING JOINT STIPULATION TO MODIFY SCHEDULE** |
| vs. | |
| BETSY DEVOS, in her official capacity as Secretary of Education, UNITED STATES DEPARTMENT OF EDUCATION, CREDIT ADJUSTMENTS, INC., an Ohio Corporation, GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership, WINDHAM PROFESSIONALS, INC., a Massachusetts Corporation, PIONEER CREDIT RECOVERY, INC, a Delaware Corporation, and DOES 1 through 10, inclusive, | **[FRCP 16(b)(4)]** |
| Defendants. | |

/ / /

/ / /

/ / /

JOSEPH S. LEVENTHAL (SBN: 221043)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-0500
Facsimile: (619) 400-0501

Attorneys for Defendant,
GC SERVICES LIMITED PARTNERSHIP

BRETT B. GOODMAN (SBN: 260899)
YU MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 375-3543
Facsimile: (213) 377-5501

Attorneys for Defendant,
WINDHAM PROFESSIONALS, INC.

BRIAN S. WHITTEMORE (SBN: 241631)
DENNIS N. LUECK, JR. (SBN: 292414)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 263-8113
Facsimile: (415) 834-9070

Attorneys for Defendant,
PIONEER CREDIT RECOVERY, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      This stipulation is submitted by Plaintiff MESHAN RACHAL ("Plaintiff") and
2  Defendants CREDIT ADJUSTMENTS, INC., an Ohio Corporation ("Credit Adjustments"),
3  WINDHAM PROFESSIONALS, INC., a Massachusetts Corporation ("Windham"), Defendant
4  GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership ("GC Services"),
5  and PIONEER CREDIT RECOVERY, INC, a Delaware Corporation ("Pioneer"), through their
6  respective counsels of record (collectively "the Parties").
7      The Parties stipulate and respectfully request the Court's consent to modify the Order
8  Setting Mandatory Scheduling Conference (hereinafter "Order") pursuant to Rule 16 of the
9  Federal Rules of Civil Procedure (FRCP).  Presently the Conference is set for December 1, 2020
10 at 8:30 a.m.
11     Plaintiff served all Defendants named in the Complaint and filed affidavits of service on
12 October 12, 2020.  Subsequently on October 14, 2020, Plaintiff and Defendant GC Services
13 stipulated to extend the time for GC Services to respond to the complaint, extending GC
14 Services' deadline to respond to November 11, 2020. The Stipulation for Extension of Time to
15 Respond to Complaint was filed on October 14, 2020.
16     On the other hand, Defendants BETSY DEVOS, in her official capacity as Secretary of
17 Education ("Secretary") and the UNITED STATES DEPARTMENT OF EDUCATION
18 ("Department") have not made an appearance as of the date of this proposed stipulation.
19 Pursuant to FRCP, rule 12(a)(2), the Secretary's and the Department's deadline to respond is
20 November 23, 2020.
21     Providing time for all Defendants to get up to speed with the case, and having all
22 Defendants appear and participate, will make a more productive pretrial conference.
23     For the foregoing reasons, the Parties respectfully request that the Court amend the Order
24 so that the Mandatory Scheduling Conference is set for January 11, 2021, or anytime thereafter,
25 as it best fits the Court's demanding schedule.  Furthermore, the Parties agree that any
26 concurrent deadlines set by the Order will also be continued in accordance to the new date for
27 the Mandatory Scheduling Conference.
28

**IT IS SO STIPULATED**

Dated: October 28, 2020       NEUMILLER & BEARDSLEE
                              A PROFESSIONAL CORPORATION


                              By:   /s/ Melissa Bocanegra
                                    DANIEL S. TRUAX
                                    MELISSA BOCANEGRA
                                    Attorneys for Plaintiff,
                                    MESHAN RACHAL


Dated: November 3, 2020       SPENCER FANE LLP


                              By: /s/ Mary E. Bacon (as authorized on
                                  November 3, 2020)
                                    MARY E. BACON
                                    Attorneys for Defendant,
                                    CREDIT ADJUSTMENTS, INC.


Dated: October 29, 2020       YU MOHANDESI LLP


                              By:   /s/ Brett B. Goodman (as authorized on
                                    October 29, 2020)
                                    BRETT B. GOODMAN
                                    Attorneys for Defendant,
                                    WINDHAM PROFESSIONALS, INC.


Dated: October 29, 2020       HINSHAW & CULBERTSON LLP


                              By:   /s/ Brian S. Whittemore (as authorized on
                                    October 29, 2020)
                                    BRIAN S. WHITTEMORE
                                    DENNIS N. LUECK, JR.
                                    Attorneys for Defendant,
                                    PIONEER CREDIT RECOVERY, INC.


Dated: October 29, 2020       DINSMORE & SHOHL LLP


                              By:   /s/ Joseph S. Leventhal (as authorized on
                                    October 29, 2020)
                                    JOSEPH S. LEVENTHAL
                                    Attorneys for Defendant,
                                    GC SERVICES LIMITED PARTNERSHIP

**ORDER**

Pursuant to the parties' stipulation, and to accommodate the Court's calendar, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from 12/1/2020 to **January 14, 2021 at 9:30 AM in Courtroom 8 (BAM) before the undersigned.** A Joint Scheduling Report shall be filed at least one (1) week prior to the conference. The parties shall appear at the Scheduling Conference with each party connecting remotely either via Zoom video conference or Zoom telephone number.  The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **November 4, 2020**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE