UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESHAN RACHAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education, et al.,<br><br>　　　　　　Defendants. | No.  1:20-cv-01168-DAD-BAM<br><br>ORDER DISMISSING DEFENDANTS WINDHAM PROFESSIONALS, INC. AND GC SERVICES LIMITED PARTNERSHIP WITH PREJUDJICE<br><br>(Doc. No. 31) |

On December 17, 2020, plaintiff Meshan Rachal filed a motion to voluntarily dismiss defendants Windham Professionals, Inc. ("Windham") and GC Services Limited Partnership ("GC Services") from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  (Doc. No. 31.)  On December 7, 2020, plaintiff had filed a notice of settlement of all matters pending between plaintiff and defendant Windham in this action.  (Doc. No. 25.)  On December 11, 2020, plaintiff had filed a notice of settlement of all matters pending between plaintiff and defendant GC Services in this action.  (Doc. No. 27.)  Good cause appearing, plaintiff's request under Fed. R. Civ. P. 41(a)(2) is granted, and defendants Windham and GC Services are dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: __**December 21, 2020**__　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1